Aaron FULMORE, Appellant,

v.

STATE of Florida, Appellee.

No. 4D16–343.

District Court of Appeal of Florida, Fourth District.

June 1, 2016.

for repairs.

Aaron D. Fulmore, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* Fla. R. Crim. P. 3.850(b) and *Sanders v. State,* 946 So.2d 953 (Fla.2006).

GROSS, DAMOORGIAN and FORST, JJ., concur.